1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00237 DLJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER PRESERVING DRUG EVIDENCE |
| YONUS RAMON DAVIS | ) | |
| Defendant. | ) | |

   Based on the stipulation set forth below between the parties and the potential need to produce the exhibits for trial, it is hereby ordered that the MDMA or 3,4 methlylenedioxymethamphet-amine and other controlled substances or controlled substance analogues seized by the United States Drug Enforcement Administration agents and local police officers on April 9, 2011 and booked into evidence as Exhibits 1 through 5 in DEA Case RC-11-0043 be preserved and

//
//
//
//
//
//

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**

1
2  retained as evidence in this case pending further order of the court.
3
4  It is so stipulated.

Dated: 6-21-11_____                    /s/_____
                                            SUZANNE DeBERRY
                                            Special Assistant United States Attorney
                                            THOMAS A. COLTHURST
                                            Assistant United States Attorney

It is so stipulated:

Dated: 6-21-11_____                   /s/_____
                                            VARELL L. FULLER
                                            Attorney for the defendant

**IT IS SO ORDERED.**

DATED:  June 21, 2011                       _____
                                            D. LOWELL JENSEN
                                            United States District Judge

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**
2