MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney
ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5066
   Email:   tom.colthurst@usdoj.gov
               AnnMarie.Ursini@usdoj.gov

Attorneys for United States of America

FILED

NOV 0 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YONUS RAMON DAVIS, ) <br> ) <br>    Defendants. ) | No. 11-CR-00237-DLJ <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 8, 2011, THROUGH DECEMBER 13, 2011 |

     The defendant YONUS RAMON DAVIS, represented by Varell L. Fuller, Assistant Federal Defender, and the government, represented by Thomas A. Colthurst and Ann Marie E. Ursini, Assistant United States Attorneys, have agreed that the status hearing in this matter, set for November 8, 2011, should be continued to December 13, 2011.

     The Government and counsel for the defendant agree that time be excluded under the Speedy Trial Act from November 8, 2011, through December 13, 2011, so that defense counsel could review the discovery and conduct necessary investigation.

ORDER EXCLUDING TIME
Case No. 11-CR-00237-DLJ

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time from November 8, 2011, through December 13, 2011, would
3  unreasonably deny the defendants continuity of counsel and would deny counsel the reasonable
4  time necessary for effective preparation, taking into account the exercise of due diligence.  18
5  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
6  the time from November 8, 2011, through December 13, 2011, from computation under the
7  Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time from November 8, 2011, through December
9  13, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
10  3161(h)(7)(A) and (B)(iv).

13  DATED:  Nov 7, 2011

THE HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE