1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5  ANN MARIE E. URSINI (CABN 269131)
   Special Assistant United States Attorney
6
   150 South Almaden Boulevard, Suite 900
7     San Jose, California 95113
      Telephone: (408) 535-5061
8     Facsimile: (408) 535-5066
      Email:   tom.colthurst@usdoj.gov
9               AnnMarie.Ursini@usdoj.gov

10 Attorneys for United States of America

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14

15
   UNITED STATES OF AMERICA,      )   No. 11-CR-00237-DLJ
16                                )
         Plaintiff,                )  STIPULATION AND []
17                                )   ORDER EXCLUDING TIME FROM
      v.                          )   JANUARY 26, 2012 TO FEBRUARY 2,
18                                )   2012
   YONUS RAMON DAVIS,             )
19                                )
         Defendant.                )
20 _____ )

21

22
   On the Court's motion, the next status hearing in this matter was moved from January 26,
23
   2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m.  The defendant Yonus Ramon Davis,
24
   represented by Varell L. Fuller, Assistant Federal Public Defender, and the government,
25
   represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be
26
   excluded under the Speedy Trial Act from January 26, 2011 to February 2, 2011, to permit the
27
   parties the reasonable time necessary for effective preparation.
28

ORDER EXCLUDING TIME
Case No. 11-CR-00237-DLJ

1  DATED: January 19, 2012                MELINDA HAAG
                                          United States Attorney

                                          _____/s/_____
                                          Thomas A. Colthurst
                                          Assistant United States Attorney


                                          _____/s/_____
                                          Varell L. Fuller
                                          Assistant Federal Public Defender
                                          Counsel for Defendant Yonus Ramon Davis

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 26, 2011 and February 2, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011 and February 2, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  FDFDFG
                                          _____
                                          THE HONORABLE D. LOWELL JENSEN
                                          Senior United States District Judge

ORDER EXCLUDING TIME
Case No. 11-CR-00237-DLJ