1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065

7 | Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,           )   No. 11-CR-00237-DLJ
                                        )
15 |        Plaintiff,                  )
                                        )   STIPULATION AND []
16 |   v.                               )   ORDER CONTINUING HEARING DATE
                                        )
17 | YONUS RAMON DAVIS,                 )
                                        )
18 |        Defendant.                  )
   |                                    )

19

20

21    The defendant YONUS RAMON DAVIS, represented by Varell L. Fuller, Assistant

22 Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant

23 United States Attorney, respectfully request that the sentencing hearing currently scheduled for

24 September 27, 2012, be continued to October 18, 2012.  The Probation Officer has been

25 consulted before making this request, and is available.

26    No other defendants are affected by this request.

27 ////

28 ////

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ

1  SO STIPULATED:

3  Dated: August 21, 2012                /S/
4                                         Thomas A. Colthurst
                                          Assistant United States Attorney

7  Dated: August 21, 2012                /S/
                                          Varell L. Fuller, Assistant Federal Public Defender
                                          Attorney for Defendant

9  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. YONUS RAMON DAVIS*, scheduled for September 27, 2012, is
11 continued to October 18, 2012, at 10:00 a.m.

14 DATED: ÌEDGEFG

                                          THE HONORABLE D. LOWELL JENSEN
                                          United States District Judge