1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,     )   No. 11-CR-00237-DLJ
                                   )
15 |     Plaintiff,                )
                                   )   STIPULATION AND []
16 |     v.                        )   ORDER CONTINUING HEARING DATE
                                   )
17 | YONUS RAMON DAVIS,            )
                                   )
18 |     Defendant.                )
                                   )
19

20

21     The defendant YONUS RAMON DAVIS, represented by Varell L. Fuller, Assistant

22 Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant

23 United States Attorney, respectfully request that the sentencing hearing currently scheduled for

24 October 18, 2012, be continued to November 8, 2012.

25     No other defendants are affected by this request.

26     The parties are also requesting that the time for the parties to respond to the draft

27 presentence report be extended to October 5, 2012, the time for the probation office to disclose

28 the final presentence report be extended to October 25, 2012 (fourteen days before the new

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ

1  sentencing date), the time to file objections to the final presentence report be set for October 29,
2  2012 (four days after the new disclosure date), and the time for the parties to file sentencing
3  memoranda be set for November 1, 2012 (seven days before the new sentencing date).
4  SO STIPULATED:

6  Dated: September 26, 2012                    /S/
                                                Thomas A. Colthurst
7                                               Assistant United States Attorney

9  Dated: September 26, 2012                    /S/
10                                              Varell L. Fuller, Assistant Federal Public Defender
                                                Attorney for Defendant

12     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
13  hearing for *United States v. YONUS RAMON DAVIS*, scheduled for October 18, 2012, is
14  continued to November 8, 2012, at 10:00 a.m.  The time for the parties to respond to the draft
15  presentence report is extended to October 5, 2012, the time for the probation office to disclose
16  the final presentence report is extended to October 25, 2012, the time to file objections to the
17  final presentence report is extended to October 29, 2012, and the time for the parties to file
18  sentencing memoranda is extended to November 1, 2012.

21  DATED: _____              _____
                                     THE HONORABLE D. LOWELL JENSEN
22                                   United States District Judge

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ                    -2-