STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00237 DLJ (PSG) |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY PRETRIAL |
| ) | RELEASE CONDITIONS; AND |
| vs. ) | [~~PROPOSED~~] ORDER |
| ) | |
| YONUS RAMON DAVIS, ) | |
| ) | **HON. PAUL S. GREWAL** |
| Defendant. ) | |
| _____) | |

## STIPULATION

Defendant Yonus Ramon Davis and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Thomas A. Colthurst, stipulate and agree to modify the Defendant's electronic monitoring condition to permit him to attend Thanksgiving dinner on November 22, 2012, with his family at 1845 67th Ave, Oakland, California from 4:00 p.m. to 12:00 midnight.

Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of Criminal procedure to one count of importation into the United States of a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the

Stipulation to Modify Conditions of Release
CR 11-000237 DLJ (PSG)                                    1

same in violation of 18 U.S.C. § 2. A sentencing hearing is presently set in this matter for December 3, 3012. On August 21, 2012, the court modified Mr. Davis' pretrial release conditions to provide for home confinement, with the exception of court appearances, attorney visits, Pretrial Services visits, doctor appointments, counseling sessions and u/a drug testing, religious services, and for employment, as directed by Pretrial Services.

Mr. Davis respectfully requests that the Court modify his pretrial release conditions to permit him to attend Thanksgiving dinner with his family. The parties therefore stipulate, subject to the Court's approval, that Mr. Davis' pretrial release conditions may be modified as requested. Counsel for Mr. Davis has consulted with Mr. Davis' Pretrial Services Officer, Victoria Gibson, and she has no objection to Mr. Davis' request.

It is so stipulated.

Dated: November 16, 2012              _____/S/_____
                                       VARELL L. FULLER
                                       Assistant Federal Public Defender


Dated: November 16, 2012              _____/S/_____
                                       THOMAS A. COLTHURST
                                       Assistant United States Attorney
//
//

**ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED, that Mr. Davis electronic monitoring conditions are modified to permit him to attend Thanksgiving dinner on November 22, 2012, at 1845 67th Ave, Oakland, California from 4:00 p.m. to 12:00 midnight. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated: November 19, 2012

                                       HON. PAUL S. GREWAL
                                       United States Magistrate Judge