1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant DAVIS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )   No. CR 11-00237-DLJ
                                       )
12                  Plaintiff,         )   STIPULATION AND []
                                       )   ORDER CONTINUING SENTENCING
13  vs.                                )   HEARING DATE
                                       )
14  YONUS RAMON DAVIS,                 )
                                       )
15                  Defendant.         )
    _____)

16

17                             **STIPULATION**

18          Defendant Yonus Ramon Davis, by and through Assistant Federal Public Defender

19  Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas

20  A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing

21  hearing currently set in this matter for Thursday, December 6, 2012, at 10:00 a.m., be continued

22  to Thursday, February 7, 2013 at 10:00 a.m.

23          Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal

24  Rule of Criminal procedure to one count of importation into the United States of a Schedule I

25  controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the

26  same in violation of 18 U.S.C. § 2.  A sentencing hearing is presently set in this matter for

1   December 6, 2012.  The sentencing hearing in this matter has previously been continued to

2   permit the Probation Officer assigned to this matter additional time to consider late objections to

3   the draft Presentence Report by the defense.  Probation has prepared and submitted the final

4   report, and counsel for Mr. Davis respectfully request that the sentencing hearing date be

5   continued to permit the defense additional time to prepare briefing with respect to findings made

6   by United States Probation with which the defense disagrees.  Additionally, the defense requires

7   additional time to prepare and coordinate witnesses that counsel for Mr. Davis anticipates will

8   either testify and or address the Court at the sentencing hearing.  The Probation Officer assigned

9   to this matter has been consulted about the continuance and has no objection. Accordingly, the

10  parties respectfully request that the sentencing hearing date be continued to February 7, 2013.

11

12  Dated:  December 5, 2012

13                                              _____/s/_____
                                                VARELL L. FULLER
                                                Assistant Federal Public Defender
14

15  Dated:  December 5, 2012                    _____/s/_____
                                                THOMAS A. COLTHURST
16                                              Assistant United States Attorney

17

18                                    **[] ORDER**

19          GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

20  the sentencing hearing date set for Thursday, December 6, 2012, at 10:00 a.m. is continued to

21  Thursday, February 7, 2013, at 10:00 a.m..

22

23  Dated:  ＦＧ０ＥＢＦＧ                            _____
                                                THE HONORABLE D. LOWELL JENSEN
24                                              United States District Court Judge

25

26

Stipulation and ] Order Continuing
Hearing                            2