STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00237 DLJ (PSG) |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND |
| vs. | [PROPOSED] ORDER |
| YONUS RAMON DAVIS, | **HON. PAUL S. GREWAL** |
| Defendant. | |

**STIPULATION**

Defendant Yonus Ramon Davis and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Thomas A. Colthurst, stipulate and agree to modify the Defendant's electronic monitoring condition to permit him to be away from his residence on December 24, 2012 and December 25, 2012, from 2:00 to 12:00 midnight, and for any additional periods of time on the aforementioned days as permitted by Pretrial Services.

Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of Criminal procedure to one count of importation into the United States of a Schedule I

1  controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the
2  same in violation of 18 U.S.C. § 2.  A sentencing hearing is presently set in this matter for
3  February 7, 2013.  On August 21, 2012, the court modified Mr. Davis' pretrial release
4  conditions to provide for home confinement, with the exception of court appearances, attorney
5  visits, Pretrial Services visits, doctor appointments, counseling sessions and urinalysis drug
6  testing, religious services, and for employment, as directed by Pretrial Services.

7      Mr. Davis respectfully requests that the Court modify his pretrial release conditions to
8  permit him to attend Christmas events with his children and family.  The parties therefore
9  stipulate, subject to the Court's approval, that Mr. Davis' pretrial release conditions may be
10 modified as requested.  Counsel for Mr. Davis has consulted with Mr. Davis' Pretrial Services
11 Officer, Victoria Gibson, and she has no objection to Mr. Davis' request.

12     It is so stipulated.

13 Dated: December 18, 2012            /S/_____
14                                                     VARELL L. FULLER
                                                    Assistant Federal Public Defender

15
16 Dated: December 18, 2012            /S/_____
                                                      THOMAS A. COLTHURST
                                                    Assistant United States Attorney

17 //

**ORDER**

18
19     GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY
20 ORDERED, that Mr. Davis electronic monitoring conditions are modified to permit him to leave
21 his residence on December 24, 2012, and December 25, 2012, from 2:00 p.m. to 12:00 midnight,
22 and for any additional periods of time on the aforementioned days as permitted by Pretrial
23 Services.  All other conditions are to remain in effect.

    IT IS SO ORDERED.

24
25 Dated: December __18__, 2012

                                  _____
                                  HON. PAUL S. GREWAL
26                                   United States Magistrate Judge